# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,           :       Case No. 3:09-cr-121

              Petitioner,           :

   - vs -                               :       District Judge Thomas M. Rose
                                         Magistrate Judge Michael R. Merz
                            :

SHAWN LAUDERDALE,

              Defendant.           :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #72), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Motion to Vacate under 28 U.S.C. § 2255 (Doc. #66) be GRANTED. The Court will set this case for re-sentencing under the Fair Sentencing Act.

August 14, 2013.

                                         Thomas M. Rose
                                    United States District Judge